■ In the Matter of FRANKIE TAYLOR, Respondent, v. EDWARD TAYLOR, Appellant.— Appeal from order of the Family Court of the State of New York, New York County, entered on March 13, 1963, modifying a support order, unanimously dismissed, with $30 costs and disbursements to petitioner-respondent. The order herein is not appealable (*Stehlik* v. *City of New York,* 22 A D 2d 777). Concur — Valente, J. P., Stevens, Eager, Steuer and Staley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY RIDLEY.— Motion to dismiss appeal granted. Under section 517 of the Code of Criminal Procedure no appeal to this court lies from such an order. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.